In the Matter of the Application of FRANK REDA and Others, Petitioners, for an Order of Certiorari against THOMAS W. HAMMOND, Chairman of the Sanitation Commission of the Department of Sanitation of the City of New York, Respondent. — Order of certiorari dismissed, and the determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BURROWS, Appellant, Impleaded with JOSEPH LAWSON and Others, Defendants.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; O'Malley, J., dissents and votes to reverse and dismiss the indictment.

THE CITY OF NEW YORK, Appellant, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Merrell, J., dissents and votes to reverse and reinstate the verdict.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT RITACCO, Indicted as ALBERT F. RITOCCO, Appellant.— Order affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE EBLING COMPANY, Appellant, v. ELIZABETH MEYERS and Others, Defendants, Impleaded with ISAAC LEVINE, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of Supplementary Proceedings: SCHENLEY WINE & SPIRIT IMPORT CORPORATION, Judgment Creditor, Appellant, v. LA MONTAGNE, INC., Judgment Debtor, Respondent, and RENE LA MONTAGNE and Others, Judgment Debtors.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.; O'Malley and Untermyer, JJ., dissent and vote to reverse and grant the motion.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MINOLFI, Appellant.— Judgment of conviction reversed and a new trial ordered, upon the ground that the defendant's alleged confession to the police officer is not corroborated by any additional proof, as required by section 395 of the Code of Criminal Procedure. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of EDWARD A. BROWN, an Attorney.— Motion for reinstatement granted. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.